UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Stephen L. Meininger, as Chapter 7 Trustee of the Estate of Mark V. Richter a/k/a Mark Vincent Richter & Kelly L. Richter,

Plaintiff,

v.

Target National Bank,

Defendant.

Case No. _____

**DEFENDANT TARGET NATIONAL BANK'S CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Target National Bank, pursuant to Federal Rule of Civil Procedure 7.1, and states:

1. Target National Bank is a wholly-owned subsidiary of Target Corporation.

2. Target Corporation is a publicly held corporation. It is not a subsidiary of any other corporation. No publicly held corporation owns ten percent or more of its stock.

**EXHIBIT 2**

May 2, 2012.   Respectfully submitted,

HILL WARD HENDERSON

_____
Sherilee J. Samuel, Fla. Bar No. 017499
P. O. Box 2231
Tampa, FL 33601-2231
Ph. 813.221.3900
Fax 813.221.2900
ssamuel@hwhlaw.com

in association with

FAEGRE BAKER DANIELS LLP
Brian Melendez, No. 223633 (Minn.)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Ph. 612.766.7309
Fax 612.766.1600
brian.melendez@faegrebd.com

Attorneys for Defendant
 Target National Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail this 2nd day of May 2012, to Thomas A. Lash and George C. Bedell, III, Lash & Wilcox PL, 4401 W. Kennedy Blvd., Suite 210, Tampa, FL 33609.

_____
Sherilee J. Samuel
Florida Bar No. 017499
Hill Ward Henderson

2

3105286v1